Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-48,<br><br>Defendants. | Case No. 2:12-cv-1255-JAM-DAD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CASE** |

1  PLEASE TAKE NOTICE that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff is hereby voluntarily dismissing this case without prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), John Doe 1 has not answered Plaintiff's Complaint or filed a motion for summary judgment.

DATED: January 4, 2012                KUSHNER LAW GROUP


By:  /s/ Leemore L. Kushner  
Leemore L. Kushner  
Attorneys for Plaintiff Malibu Media, LLC

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                    By:    */s/ Leemore L. Kushner*
                                                    Leemore L. Kushner

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**